No. 05–5201.  GOODRICH *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 05–5202.  HENDERSON *v.* LAY, WARDEN.  Sup. Ct. Ark.  Certiorari denied.

No. 05–5203.  GILLIAM *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 05–5204.  FISHER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 05–5205.  GAMEZ-GONZALEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–5206.  MAXWELL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–5207.  JACKMAN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 05–5208.  JONES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–5209.  MASSINGILL *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–5210.  BINTZ *v.* BERTRAND, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 05–5211.  GREEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–5212.  MURPHY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5213.  OSWALD *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 05–5214.  CAIN *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 05–5216.  ROSA *v.* MURRAY, SUPERINTENDENT, GOWANDA CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.